IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | |
|---|---|
| Tony M. Williams, )<br><br>          Plaintiff, )<br><br>     v. )<br><br>Commissioner of Social Security Administration, )<br><br>          Defendant. ) | C/A No. 0:20-cv-1202-MBS<br><br><br>**ORDER OF DISMISSAL** |

In an Order to Show Cause returnable by February 24, 2021, the court ordered Plaintiff to inform the court as to the name of new counsel representing him or of his decision to proceed in this action pro se.  ECF No. 24.  The Order to Show Cause advised Plaintiff that failure to file a timely response could result in dismissal of the complaint pursuant to Federal Rule of Civil Procedure 41(b).  Plaintiff has not responded to the court's Order and the deadline for doing so has expired.  Accordingly,

     **IT IS ORDERED** that this action is hereby **DISMISSED** without prejudice.

/s/Margaret B. Seymour_____
Margaret B. Seymour
Senior United States District Judge

Columbia, South Carolina
March 4, 2021